UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14039-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

SAUL LOPEZ-PARADA
#75708-004,

       Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's

Report and Recommendation on Change of Plea, issued September 6, 2006 (D. E. #21). After

review of the Report and Recommendation, review of the record, and having received no

objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is

hereby ADOPTED. The defendant Saul Lopez-Parada is hereby adjudicated guilty of the offense

charged.

DONE AND ORDERED in Chambers at Miami, Florida this 23 day of October, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Magistrate Judge Frank J. Lynch
Rinku Talwar, AUSA, Ft. Pierce
Robin Rosen-Evans, AFPD
U. S. PreTrial Services